# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

162410

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SANDRA BIRD,
      Plaintiff-Appellant,

v

LOUISIANA GREAT LAKES HOLDINGS, LLC,
MCP CONSTRUCTION, LLC, d/b/a
QUADRANTS DEVELOPMENT, LLC, and
I.S. NORTH, LLC,
      Defendants-Appellees,

and

JOHN DOE LANDSCAPING AND IRRIGATION
COMPANY,
      Defendant.

SC: 162410
COA: 350311
Oakland CC: 2018-166539-NO

_____/

On order of the Court, the application for leave to appeal the November 19, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021

Clerk

a0526